FILED IN
COURT OF CRIMINAL APPEALS

April 9, 2015

ABEL ACOSTA, CLERK

DONNA R. GEHL
OFFICIAL COURT REPORTER
422ND JUDICIAL DISTRICT COURT
100 West Mulberry
Kaufman, Texas 75126
Telephone: 972-932-0258
Email: donnagehl@gmail.com

April 9, 2015

Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re: Williams, Eric Lyle
    CCA No. AP-77,053
    TCC No. 32021-422

Clerk of the Court:

I was the official court reporter in the above referenced case. I am respectfully requesting an extension for filing of the court reporter's record that is currently due on April 16, 2015 due to the size of the case and daily court obligations. There were approximately 10 hearings. The jury selection went into its 8th week. The trial went into its 3rd week. There were approximately 600 exhibits.

Sincerely,

Donna R. Gehl